☐ AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| In re: | Kelvin Lewis | Case No. |
| Debtors: | | Chapter 13 |

## CHAPTER 13 PLAN

**ADDRESS:** (1) 1432 Laploma Circle #1, Memphis, TN 38114   (2) _____

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ 390.00  (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ PAYROLL DEDUCTION From: Self-Employed   OR ( X ) DIRECT PAY

**Debtor(2)** shall pay $ _____  (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION   OR ( ) DIRECT PAY
From: _____

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION   ☐ YES   ☑ NO
    OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**   Monthly Plan Payment:

None   Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
ongoing payment begins _____   $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

-NONE-   Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

None   ongoing payment begins _____   $ _____
Approximate arrearage: _____ Interest _____   $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:
None

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:
-NONE-   $ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Criminal Court Clerk's Office** | 4,278.00 | 0.00 | $72.00 |
| **General Sessions Court Clerk** | 4,605.00 | 0.00 | $77.00 |
| **Lapaloma Apartments** | 5,883.83 | 0.00 | $98.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None          ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $24,040.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**Lapaloma Apartments**: Debtor to resume payments September 1, 2019    ☑ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Michael J. Baloga                                    Date  August 19, 2019         .
**Michael J. Baloga**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**